UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **MAGISTRATE JUDGE COLE** |
| | ) | |
| ALAN SALEH MORNING | ) | |
| aka "Saleh Karazeh" | ) | CASE NUMBER **08CR 0187** |

### AFFIDAVIT IN REMOVAL PROCEEDINGS

The undersigned Affiant personally appeared before JEFFREY COLE, a United States

Magistrate Judge, and being duly sworn on oath, states: that at the UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF COLUMBIA, one ALAN SALEH MORNING, aka "Saleh

Karazeh, was charged in a criminal complaint with two counts of knowingly and willfully making

false statements in applications for passports with the intent to induce and secure the issuance of

such passport under the authority of the United States, for his own use, contrary to the laws

regulating the issuance of passports and the rules prescribed pursuant to such laws, both in violation

of Title 18, United States Code, Section 1542, and that on the basis of Affiant's investigation and

information received concerning the case through official channels, does hereby certify that a

Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest

and Criminal Complaint).

Wherefore, Affiant prays that the defendant be dealt with according to law.

Donald R. Pinkston, Jr.
Agent, Department of State
Diplomatic Security Service

Subscribed and Sworn to before me this
28th Day of February, 2008

JEFFREY COLE
United States Magistrate Judge

**FILED**
2-28-08
FEB 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AUSA Bethany K. Biesenthal

Bond set or recommended by issuing court at _____

AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
v.

ALAN SALEH MORNING
a/k/a "Saleh Karazeh"
DOB: 6/20/43;   PDID:

**INVESTIGATE COPY ONLY ORIGINAL ON FILE WITH US MARSHAL** **WARRANT FOR ARREST**

CASE NUMBER:

**08 - 142 - M - 01**

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ALAN SALEH MORNING, a/k/a "Saleh Karazeh"___
                                                    Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

United States District Court
District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk

By _____
              Deputy Clerk

two counts of knowingly and willfully make a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws; both

in violation of Title 18  United States Code, Section(s) 1542 .

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**
Name of Issuing Officer

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**
Title of Issuing Officer

_____
Signature of Issuing Officer

**FEB 2 8 2008**     **District of Columbia**
Date and Location

Bail fixed at $_____   by _____
                                                        Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

      v.

**CRIMINAL COMPLAINT**

**ALAN SALEH MORNING**
aka "Saleh Karazeh"
DOB:  6/20/43
PDID:(Name and Address of Defendant)

CASE NUMBER: 0 8 - 1 4 2 - M - 0 1

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about ___JUNE 29, 2005___ in ___WASHINGTON___ county, in the

_____ District of ___COLUMBIA___, in Egypt, and elsewhere outside the United States, the

defendant did, (Track Statutory Language of Offense)
**knowingly and willfully make a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws; <u>and</u> on or about April 2, 2006, did knowingly and willfully make a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws; <u>both</u>**

in violation of Title ___18___ United States Code, Section(s) ___1542___.

I further state that I am ___**SPECIAL AGENT JOSHUA K. GREENE**___, and that this complaint is

based on the following facts:

        **SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes  ☐ No

                         Signature of Complainant
                         S/A JOSHUA K. GREENE
                         DEPARTMENT OF STATE
                         DIPLOMATIC SECURITY SERVICE

Sworn to before me and subscribed in my presence,

**FEB 2 8 2008**
Date                           at     Washington, D.C.
                              City and State

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer                Signature of Judicial Officer

                         **ALAN KAY**
                       **U.S. MAGISTRATE JUDGE**

## STATEMENT OF FACTS

The defendant, Alan Saleh Morning (aka "Saleh Karazeh") while in Egypt, completed a U.S. passport application known as a DS-11, on or about June 29, 2005, in which he falsely stated that his previous U.S. passport, numbered 159336767 was stolen while in Egypt. As a result, passport numbered 711228515 was issued to the defendant at the U.S. Embassy in Egypt on August 29, 2005. On June 29, 2007, the defendant entered the United States at JFK International Airport in New York. During a secondary search, officers from Customs and Border Patrol (CBP) located passport numbered 159336767 among his personal belongings.

The defendant, while in Egypt, completed a U.S. passport application on or about April 2, 2006, in which he fraudulently omitted any aliases or other names that he has used. Section 17 of the passport application requests "Other Names You Have Used." The defendant left this section blank. Your affiant knows this to be false. Immigration records reflect that the defendant entered the United States on or about July 7, 1971. At that time, his name was Saleh Mohammad Karazeh. On or about August 19, 1974, the defendant legally changed his name to Saleh Med Cherry. On or about February 25, 1977, the defendant legally changed his name to Harry Saleh Cherry Adamson. On or about September 20, 1979, the defendant legally changed his name to Alan Saleh Morning. On June 29, 2007, the defendant, as detailed above, was searched by CBP. The CBP officers located a Syrian passport and a Texas driver's license. Both documents pictured the defendant and were in the name of Saleh Karazeh. The Texas driver's license was issued on August 30, 1999. As a result of this application, U.S. passport numbered 711254307 was issued to the defendant on April 12, 2006.

On February 28, 2008, the defendant was stopped by CBP at Chicago O'Hare International Airport. During a secondary search, CBP officers located an apparently valid Syrian passport in the name of Saleh Karazeh. The passport, which pictured the defendant, was issued in 1997 and was due to expire in 2009.