## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 187 - 1 | **DATE** | 2/28/2008 |
| **CASE TITLE** | USA vs. Alan Saleh Morning | | |

**DOCKET ENTRY TEXT**

Initial appearance in removal proceedings held. Defendant appears in response to arrest on 2/28/08. Defendant informed of his rights. John F. Murphy is appointed as counsel for defendant. Defendant acknowledges understanding the charges and maximum penalty. Government seeks detention. Defendant does not contest detention. Defendant is to remain in custody and removed to the District of Columbia for complaint in case 08-143-M-01

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|